WILLIAM T. VANDUZER, administrator, plaintiff in error, vs. THOMAS J. HEARD et al., defendants in error.

This case rests solely upon the validity of the Act of October, 1870, requiring the plaintiff in certain cases to file an affidavit of taxes paid, and the majority of this Court having decided said Act valid, the judgment of the Court below is affirmed.
WARNER, C. J., dissented.

Relief Act of 1870. Tax affidavit. Before Judge AN-DREWS. Elbert Superior Court. September Term, 1872.

William T. Vanduzer, as administrator of Ira Christian, deceased, brought complaint against George E. Heard, as principal, and Thomas J. Heard, as security, upon a promissory note, dated March 6th, 1860, and due December 25th, in the same year, for $2,369 08, besides interest. When the case was called for trial defendants moved the Court to dismiss the same, upon the ground that no tax affidavit had been filed as required by the Relief Act of October 13th, 1870. The motion was sustained and the case dismissed. Plaintiffs excepted, and now assigns said ruling as error.

ROBERT TOOMBS; W. M. & M. P. REESE, for plaintiff in error.

No appearance for defendants.

McCAY, Judge.

This case rests solely upon the validity of the Act of October, 1870, requiring the plaintiff in certain cases to file an affidavit of taxes paid, and the majority of this Court having decided said Act valid, the judgment of the Court below dismissing the case, is affirmed.

MONTGOMERY, Judge, concurred, and WARNER, Chief Justice, dissented, but furnished no opinions.